IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RHONDA BOWERS,<br><br>   Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, a foreign corporation, and LIBERTY MUTUAL LIFE INSURANCE COMPANY OF BOSTON, a foreign corporation,<br><br>   Defendants. | CASE NO: 8:13-cv-317<br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

This matter comes before this Court, pursuant to a stipulation of dismissal. The Court, being fully advised in the premises hereby dismisses this matter with prejudice, each party is responsible for their own costs.

  SO ORDERED.

  DATED this 13th day of May, 2014.

                BY THE COURT:

                s/ Joseph F. Bataillon
                U.S. District Court Judge